# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-231-611**

**Effective Date of Registration:**
August 19, 2015

## Title _____

**Title of Work:** Germany Map

**Content Title:** Hofbrauhaus

Zugspitze 2

Zugspitze 1

Weight of the world

waldnaab

Vilseck Marktplatz

Typewriter

Tuscan Villa

Turkish Lanterns

Tulip

The way home

Swamp Boat

South Boundary in Spring

South Boundary in Autumn

Snowy Bench

Shopkeeper Lane

Shoe Shine Istanbul

Prague Clock

Prague calvary and castle

pottenstein

Path Home

Old Store

Neuschwanstein

Meerkat

Marienplatz Munich

Mariahilfberg

Koenigsee

Klostergasse Vilseck

Hofbrauhaus

hahnbach church

Guard tower

Grafenwoehr Tower and Forest House

Germany Map 1

Garden Decor

Fishmonger Istanbul

Fire orb

Dresden Marktplatz

DDR

Dachau Sun

Dachau Gate

Canon

Boyd Pond

Border sign

Blue Mosque

Bloodhound team

Biergarten

Bavarian castle

Bamberg Altes Rathaus

Ballerina

Apothecary

Amsterdam scooter

Amberg and the Vils

Germany Map 2

Beer Words

## Completion/Publication

Year of Completion:  2014

## Author

- Author:  Shirley Erika Radabaugh
Author Created:  photograph
Citizen of:  United States
Domiciled in:  United States
Year Born:  1972

## Copyright Claimant

Copyright Claimant:  Shirley Erika Radabaugh
222 Satomi Way, Aiken, SC, 29803, United States

## Rights and Permissions

Name:  Shirley Erika Radabaugh
Email:  shirley.radabaugh@yahoo.com
Telephone:  (803)443-5336
Address:  222 Satomi Way
Aiken, SC 29803 United States

## Certification

Name:  Shirley Radabaugh
Date:  August 19, 2015

Correspondence:  Yes
Copyright Office notes:  Basis for Registration: Unpublished collection

## Copyright Claimant

**Copyright Claimant:** Shirley Erika Radabaugh
97 Cape Fox Circle, Aiken, SC, 29803, United States

## Certification

**Name:** Shirley Erika Radabaugh
**Date:** February 06, 2017

**Copyright Office notes:** Basis for Registration: Unpublished collection