# Exhibit 2



HOME | ABOUT US | MEMBERSHIP | FREE CONTENT | • | TOP STORY | B2B | CONSUMER | LOG IN

🏠 Home / B2B Stories / Tourism / Aiken is one of the South's top towns according to Southern Living



B2B STORIES  CONSUMER STORIES  TOURISM  TRAVEL

# Aiken is one of the South's top towns according to Southern Living

BY **MITZI OXFORD**    APRIL 6, 2022    💬 0 COMMENTS           

Whether you were born and raised in Aiken or you're a transplant, *Southern Living* magazine has just put a big feather in your cap. In the March issue, Aiken was named as one of the Top 10 Best Small Towns in the South.

This is Southern Living editors' description of Aiken: *This equestrian town looks like something from a postcard. Home to the Aiken Horse Show, which has been running for over a century, it's a place where you can saddle up and go for a trail ride, get cozy in gracious inns and bed-and-breakfasts, and enjoy the general splendor of the landscape. There's also the Aiken Art Annex; Boyd Pond; Aiken Arboretum Trail; Center for African American History, Arts, and Culture; Hitchcock Woods; Henderson Heritage Preserve; DuPont Planetarium—we could go on and on. Hop aboard an electric bike rental or take your seat on an Aiken trolley tour for an introduction to the town.*

What does the Southern Living accolade mean for the local economy? Chamber President, David Jameson says it sure doesn't hurt.

"Any Aiken mention either plants a seed or reinforces the thought that Aiken is a good place to live and invest," he said.



The shops of downtown Aiken and events at the Alley are thriving.

The economic numbers appear to support the investment in this "best small town." The average income of an Aiken resident is $30,773 a year, above the U.S. average of $28,555. The unemployment rate is lower than the national average of 6.0 percent. The job market has increased by 1.6 percent over the









**TRENDING POSTS**

Local nonprofit launches coloring book project to help downtown businesses
SEPTEMBER 1, 2022

Local watersports business to host a community event on the river Sunday
SEPTEMBER 1, 2022

Publisher's Pick: With the 2020 baseball season canceled, GreenJackets staff created a whole new ballgame
SEPTEMBER 1, 2022

Our site uses cookies. Learn more about our use of cookies: cookie policy    ACCEPT    REJECT

"We're the total package – history, heritage, and charm combined with a vibrant economy. Locals often say, 'If you're lucky enough to live in Aiken … you're lucky enough.'"



Whether it's steeplechase, foxhunts, or polo matches, horse events are always a big draw.

Thanks to Aiken Local for letting us post the question on their Facebook page: What do you like best about living in Aiken? Many of the comments mirrored *Southern Living* opinions:

- Hopelands Gardens
- Aiken looks like something out of a Hallmark movie
- Just moved here from Texas and there are endless restaurant opportunities
- Willcox and Rose Hill Inn are both magical
- The small-town ambiance
- The Downtown area
- Great place to raise a family
- Outstanding musical talent including the Aiken Symphony
- The Alley and downtown shops
- Foxhunting
- A lifestyle like no other



*Editor's Note:*

Mitzi Oxford is a veteran broadcaster and features writer who also worked at the same television station in Columbus, Georgia as Augusta's Brad Means!

If you have a South Carolina story idea for Mitzi, please email her at mitzioxfordcreative@gmail.com.

---

♡ 11

### PREVIOUS
Simon Says: Tour caddies beat tradition, help pro golfers lower their scores

### NEXT
Local mother-daughter team to brew second coffee shop location

## Leave a comment

**Name**
Your Name *

**E-mail**
Your E-mail *

**Comment**
Your comment *









LEAVE A COMMENT

**Augusta Business Daily**
930 Stevens Creek Road
Augusta, Georgia 30907
706.589.6727

Contact us: neil@augustabusinessdaily.com

## Socials

### Have you subscribed to our FREE Weekday Business eNewsletter?

First Name

Last Name

**Email Address**

SUBMIT

By checking this box I consent to the use of my information provided for email marketing purposes.

## RECENT STORIES

**Local nonprofit launches coloring book project to help downtown businesses**
SEPTEMBER 1, 2022 0

**Local watersports business to host a community event on the river Sunday**
SEPTEMBER 1, 2022 0

**Publisher's Pick: With the 2020 baseball season canceled, GreenJackets staff created a whole new ballgame**
SEPTEMBER 1, 2022 0

## CATEGORIES

| | |
|---|---|
| B2B PODCASTING | 54 |
| B2B STORIES | 579 |
| CONSUMER STORIES | 656 |

Login|Logout
Membership Account

Augusta Business Daily, LLC © 2022. All Rights Reserved. Powered by Alive Media

Our site uses cookies. Learn more about our use of cookies: cookie policy ACCEPT REJECT

First Name

Last Name

**Email Address**

☐ By checking this box I consent to the use of my information provided for email marketing purposes.

**SUBMIT**

Augusta Business Daily, LLC © 2022. All Rights Reserved. Powered by Alive Media

